**Jawaun SHOCKLEY, Defendant Below, Appellant,**

v.

**STATE of Delaware, Plaintiff Below, Appellee.**

No. 100, 2016

Supreme Court of Delaware.

Submitted: August 19, 2016
Decided: November 10, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1410001319

GRANTED. AFFIRMED. REMANDED.